## MALLARY BROTHERS & COMPANY v. MOON.

LUMPKIN, J.   Under the facts of this case, this court can not say that the court erred in granting a new trial, on an extraordinary motion made therefor.  *Hays* v. *Westbrook*, 96 *Ga.* 219; *Candler* v. *Hammond*, 23 *Ga.* 493.                         *Judgment affirmed.   All the Justices concur.*

Submitted March 2,—Decided May 16, 1906.

Trover.   Before Judge Littlejohn.   Sumter superior court. April 11, 1905.

*E. P. Mallary* and *Lane & Maynard*, for plaintiffs.